NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIM ANNE FARRINGTON,**
*Petitioner*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent*

---

2023-1901

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-09-0543-B-2.

---

**JUDGMENT**

---

THOMAS M. DEVINE, Government Accountability Project, Washington, DC, argued for petitioner. Also represented by STEPHANI AYERS, THAD MCINTOSH GUYER, T.M. Guyer & Friends, PC, Medford, OR.

AMANDA TANTUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2025
Date

Jarrett B. Perlow
Clerk of Court